In the Matter of MARY A. MILLARD, Individually and as Executrix of EDWIN M. MILLARD, Deceased, et al., Appellants.

JOHN E. MOORE COMPANY, Respondent.

*Corporations — stockholders — petition by minority stockholders for appointment of appraisers to determine value of stock denied where it appears that resolution of majority stockholders to sell property has been rescinded.*

*Matter of Millard* v. *Moore Co.*, 221 App. Div. 113, affirmed.
(Argued October 3, 1927; decided October 18, 1927.)

APPEAL from two orders of the Appellate Division of the Supreme Court in the first judicial department, entered June 24, 1927, one reversing an order of Special Term which granted a motion for the appointment of appraisers to determine the value of stock of the John E. Moore Company owned by petitioners, and the other reversing an order of Special Term which denied a motion to vacate the order appointing such appraisers. At a meeting of the stockholders of the John E. Moore Company a resolution was adopted authorizing the sale of certain property. Petitioners, minority stockholders, served notice that they objected to the proposed sale; demanded that the corporation purchase their stock and served on the officers of the corporation papers in support of their motion for the appointment of appraisers. Thereafter, at meetings of the directors and stockholders, resolutions were adopted abandoning the proposed sale.

*Almet Reed Latson* for appellants.

*I. Maurice Wormser* and *Joseph S. Johnston* for respondent.

Order in each proceeding affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.